IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-47 |
| ) | |
| HCF MANAGEMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF JUDGMENT

AND NOW, this 10th day of January, 2020, for the reasons set forth in the accompanying Memorandum Opinion filed this same date,

IT IS ORDERED that the Defendants' Motion for Summary Judgment, ECF No. [53], shall be, and hereby is, GRANTED. Accordingly, pursuant to Rule 58 of the Federal Rules of Civil Procedure, JUDGMENT is hereby entered in favor of Defendants HCF Management and Paul Lieber, and against Plaintiff Kimberly Adams, with respect to Count II of the complaint.

_____
SUSAN PARADISE BAXTER
United States District Judge

1